# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**SANDRA ARNETT,** *et al.***,**

    **Plaintiffs,**

  v.                                      **Civil Action 2:24-cv-1992**
                                              **Chief Judge Sarah D. Morrison**
                                              **Magistrate Judge Chelsey M. Vascura**

**BEF FOODS INC.,**

    **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Litigation Pending Settlement Negotiations (ECF No. 26). For good cause shown, the Motion is **GRANTED**. All case schedule deadlines are **VACATED** and this case is **STAYED** through **APRIL 16, 2025**. The parties are **ORDERED** to file a joint written report detailing the status of this case **ON OR BEFORE APRIL 16, 2025**, unless the parties have filed a motion for settlement approval in this interim.

    **IT IS SO ORDERED.**

                                                               /s/ *Chelsey M. Vascura*
                                                               CHELSEY M. VASCURA
                                                               UNITED STATES MAGISTRATE JUDGE